**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

CONDATIS LLC,
    Plaintiff,

v.

ARINC INC., *et al.,*
    Defendants.

Case No.  2:10-cv-00232-TJW

**JURY TRIAL DEMANDED**

## ORDER OF DISMISSAL WITH PREJUDICE

CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal With Prejudice

of all claims asserted between plaintiff, Condatis LLC and Defendant Moritz Aerospace, Inc., in

this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit between

plaintiff, Condatis LLC and Defendant Moritz Aerospace, Inc., are hereby dismissed with

prejudice, subject to the terms of that certain agreement entitled "**MUTUAL RELEASE AND**

**SETTLEMENT AGREEMENT**" and dated September 20, 2011.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that

incurred them.

SIGNED this 29th day of September, 2011.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE